UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EDWARD KOZERA, | Case No. 16-CV-01835-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

Plaintiff's Attorney: Adam Stirrup
Defendant's Attorney: Gail Trabish

An initial case management conference was held on July 6, 2016.  A further case management conference is set for October 12, 2016 at 2:00 p.m.  The parties shall file their joint case management statement by October 5, 2016.

The Court GRANTED the petition for an order appointing Stan Kozera as guardian ad litem for Plaintiff.

The Federal Rules of Civil Procedure will govern this case.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to Complete Mediation | September 23, 2016 |

1

Case No. 16-CV-01835-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Further Case Management Conference | October 12, 2016 at 2:00 p.m. |
| Close of Fact Discovery | December 9, 2016 |
| Opening Expert Reports | December 30, 2016 |
| Rebuttal Expert Reports | January 17, 2017 |
| Close of Expert Discovery | February 1, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | Motions: February 9, 2017<br>Oppositions: February 23, 2017<br>Reply: March 2, 2017 |
| Hearing on Dispositive Motions | March 23, 2017 at 1:30 p.m. |
| Final Pretrial Conference | April 13, 2017 at 1:30 p.m. |
| Jury Trial | April 24, 2017 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: July 6, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-01835-LHK
CASE MANAGEMENT ORDER